UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MAUREEN COTTRELL, | Case No.: 8:19-cv-02304-JLS-JDE |
|---|---|
| PLAINTIFF, | |
| vs. | **JUDGMENT** |
| NEWPORT-MESA UNIFIED SCHOOL DISTRICT; DOES 1 through X, inclusive, | |
| DEFENDANTS. | |

On May 18, 2021, the Court issued its order granting the motion for summary judgment filed by defendant, Newport-Mesa Unified School District ("Defendant"), as to all claims in the Complaint of plaintiff, Maureen Cottrell ("Plaintiff"). (Order, Doc. 38.)

It is hereby ORDERED that judgment is entered in favor of Defendant and against Plaintiff as to all claims in the Complaint. The action shall be dismissed on the merits, and Defendant is directed to submit an "Application to the Clerk to Tax Costs" and bill of costs to recover any eligible litigation costs in this action. See C.D. Cal. L.R. 54-2, 54-2.1.

**IT IS SO ORDERED.**

Dated: May 21, 2021

_____
Hon. Josephine L. Staton
United States District Judge